6409.   FIRST NATIONAL BANK OF TIFTON <em>v.</em> RAMSEY-<br>WHEELER COMPANY.

WADE, J.  1. "A garnishee, if the debtor be indebted to him, has a lien on funds coming into his hands, or future indebtedness to the debtor on his part, superior to that of the plaintiff in garnishment. He is entitled to pay himself before he is required to collect for the benefit of others; and this applies to any past indebtedness due him by the defendant." *Mutual Reserve Insurance Co.* v. *Fowler,* 2 *Ga. App.* 537 (2), 540 (59 S. E. 469); Civil Code, § 5273.  See, in this connection, *Odum* v. *Macon & Birmingham Railway Co.,* 118 *Ga.* 792, 794 (45 S. E. 619).  On review the court adheres to the rulings made in *Holmes* v. *Pope,* 1 *Ga. App.* 338 (58 S. E. 281), *Mutual Reserve Insurance Co.* v. *Fowler,* supra, and *Singer Machine Co.* v. *Southern Grocery Co.,* 2 *Ga. App.* 545 (59 S. E. 473).

2. The evidence sufficiently supported the verdict.     *Judgment affirmed.*

DECIDED JANUARY 7, 1916.

Garnishment; from city court of Bainbridge—Judge Spooner. January 28, 1915.

*M. E. O'Neal, Fulwood & Skeen,* for plaintiff in error.

*T. S. Hawes,* contra.